**BOARD OF EDUCATION OF THE TOWN OF KIEFER, Oklahoma, et al. v. BROWN-CRUMMER INVESTMENT COMPANY.**

No. 267.

Circuit Court of Appeals, Tenth Circuit.

April 5, 1930.

Redmond S. Cole, of Tulsa, Okl., for appellant.

Valjean Biddison, of Tulsa, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed April 5, 1930, per stipulation.

**Milton N. BOLING v. N. & W. RY. CO.**

No. 5496,

Circuit Court of Appeals, Sixth Circuit.

Nov. 9, 1929.

Boone, Crow & Potts, of Cleveland, Ohio, for appellant.

Henry Bannon, of Portsmouth, Ohio, and J. I. Boulger, of Columbus, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to motion of counsel for appellee.

**BOUKER CONTRACTING COMPANY, Libelant-Appellee, v. TAYLOR DREDGING COMPANY, Respondent-Appellant.**

No. 376.

Circuit Court of Appeals, Second Circuit.

June 16, 1930.

Park, Mattison & Lynch, of New York City (Henry E. Mattison, of New York City, of counsel), for appellant.

Foley & Martin, of New York City (James A. Martin, of New York City, of counsel), for libelant.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Orders affirmed.

**BROADVIEW SAVINGS & LOAN CO. v. COMMISSIONER OF INTERNAL REVENUE.**

No. 5334.

Circuit Court of Appeals, Sixth Circuit.

Oct. 8, 1929.

H. W. Nauts, of Toledo, Ohio, for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Order of Board of Tax Appeals reversed, and cause remanded, upon confession of error and consent to judgment.

**Tom BRYAN and H. C. Knowles v. UNITED STATES of America.**

No. 153.

Circuit Court of Appeals, Tenth Circuit.

Aug. 26, 1929.

Frank Lee, U. S. Atty., of Muskogee, Okl., for appellee.

Before LEWIS, COTTERAL, and PHILLIPS, Circuit Judges.

PER CURIAM.

Dismissed August 26, 1929, on motion.